# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

QUONTERIOUS TOLES,

      Plaintiff,

    v.

OFFICER LLOYD,

      Defendant.

CIVIL ACTION NO.: 6:15-cv-77

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 8), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against Defendant in his official capacity. Plaintiff's claims against Defendant in his individual capacity shall proceed.

**SO ORDERED**, this 3rd day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA