IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

QUONTERIOUS TOLES,

    Plaintiff,

v.

OFFICER LLOYD,

    Defendant.

CV 615-077

**ORDER**

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 52.) This case is therefore **DISMISSED WITH PREJUDICE.** The parties will bear their own costs and fees. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 7th day of June, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA